Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAWN TZO SAETEURN,<br><br>　　　　　　　Defendant. | NO. MJ22-396<br><br>ORDER AUTHORIZING DETENTION<br>PENDING INITIAL APPEARANCE |

TO:   The United States Marshal and any Authorized United States Officer:

　　Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, TAWN TZO SAETEURN, violated Title 21 United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 924(c).

　　It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendant shall be held in custody pending that appearance.

DATED August 20, 2022.

*/s/ DW Christel*
The Honorable David W. Christel
United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE
U.S. v. TAWN TZO SAETEURN, USAO # 2022R00594

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

011