JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-00137-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| TAWN T. SAETEURN, | |
| Defendant. | |

The Court has considered Defendant's unopposed motion to extend the pretrial motions deadline and the records and files therein.

IT IS NOW ORDERED that the Motion (Dkt. 17) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than October 7, 2022.

DATED this 30th day of September 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Tawn T. Saeteurn,* 2:22-cr-00137-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100