JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:22-cr-00137-RAJ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO EXTEND PRETRIAL |
| ) | MOTIONS DEADLINE |
| TAWN T. SAETEURN, ) | |
| ) | |
| Defendant. ) | |

The Court has reviewed the unopposed motion to extend the pretrial motions deadline and the records and files herein.

Finding good cause, it is now ORDERED that the motion (Dkt. 22) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than March 10, 2023.

DATED this 27th day of February 2023.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*U.S. v. Saeteurn*, 2:22-cr-00137-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100