Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:22-cr-00137-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| TAWN TZO SAETEURN, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the deadline for Tawn Saeteurn's pretrial motions and the records in this case.

IT IS NOW ORDERED that the motion (Dkt. 27) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than July 31, 2023.

DATED this 11th day of July, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Saeteurn*, CR22-137-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100