The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAWN TZO SAETEURN, <br><br> Defendant. | NO. 2:22-cr-00137-RAJ <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. a Glock 9mm handgun, bearing serial number PBN815, and any associated accessories and ammunition;

2. a .22 caliber pocket pistol, bearing serial number L030841, and any associated accessories and ammunition; and

3. a .38 SPL Titan Tiger revolver, bearing serial number N030442, and any associated accessories and ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

FINAL ORDER OF FORFEITURE - 1
*United States v. Saeteurn,* 2:22-cr-00137-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On October 6, 2024, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting to the United States the Defendant's interest in it (Dkt. No. 37);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 40);

- The United States also sent, by means reasonably calculated to reach them, notice and a copy of the Preliminary Order of Forfeiture to three individuals who were identified as potential claimants as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*See* Declaration of AUSA Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture ("Bush Decl."), ¶ 2 and Exhibits A-C);

- The United States has used all available efforts to provide notice to identified potential claimants (*see id.*, ¶¶ 2-3, and Exhibits A-C); and,

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

FINAL ORDER OF FORFEITURE - 2
*United States v. Saeteurn,* 2:22-cr-00137-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.  The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 20th day of May, 2025.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Saeteurn,* 2:22-cr-00137-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970